Arrest on Out-of-District Offense

# *UNITED STATES DISTRICT COURT*

## SOUTHERN DISTRICT OF CALIFORNIA

## ARREST ON OUT-OF-DISTRICT OFFENSE

'08 MJ 8497

Magistrate Case Number: ____________

The person charged as Candelario Villalobos-Godoy now appears before this United States District Court for an initial appearance as a result of the following charges having been filed in the United States District Court for the Eastern District of California with Deported Alien found in the United States, in violation of Title 8, United States Code Section(s) 1326(a) and 1326(b)(2).

The charging documents and the warrant of the arrest of the defendant which was issued by the above United States District Court are attached hereto.

I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED: 6/2/08.

Ringo Rosas ICE Deportation Officer
(Name)

Reviewed and Approved:

Dated: 6-2-08

John Weis
Assistant United States Attorney

FILED
JUN 03 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

COPY

**USA,**

v.

**WARRANT FOR ARREST**

**CANDELARIO VILLALOBOS-GODOY ,**

Case Number: **1:08-CR-00163-LJO**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Candelario Villalobos-Godoy ,**

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment ☐ Information ☐ Violation Petition ☐ Other ______________

charging him or her with (brief description of offense)

**Deported Alien Found in the United States (Felony)**

in violation of Title **8** United States Code, Section(s) **1326 (a )and (b) (2)**

| | |
|---|---|
| A. Gil-Garcia | Deputy Clerk |
| Name of Issuing Officer | Title of Issuing Officer |
| A. GIL-GARCIA | **5/22/08** **Fresno** |
| Signature of Issuing Officer | Date and Location |

Bail fixed at **$NO BAIL** by **Magistrate Judge Sandra M. Snyder**

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant ______________

| | |
|---|---|
| 6/2/08 | [signature] D.O. |
| Date Received | Name and Title of Arresting Officer |
| 6/2/08 | [signature] |
| Date of Arrest | Signature of Arresting Officer |

McGREGOR W. SCOTT
United States Attorney
IAN L. GARRIQUES
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

FILED
MAY 22 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY S. MARTIN
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>CANDELARIO VILLALOBOS-GODOY<br>aka Candalario Villalobos,<br>Defendant. | 1:08 CR 00163 LJO<br>CR. NO.<br>VIOLATION:<br>8 U.S.C. § 1326(a) and (b)(2) - Deported Alien Found in the United States (Felony) |

I N D I C T M E N T

The Grand Jury charges: T H A T

CANDELARIO VILLALOBOS-GODOY
aka Candalario Villalobos,

defendant herein, an alien, on or about February 4, 2004, was excluded, deported, or removed from the United States after being convicted of one or more crimes punishable by a term of imprisonment exceeding one year, specifically:

Sale/transportation/offer to sell heroin in violation of California Health and Safety Code § 11352(a), on or about November 20, 2002, in the Superior Court of California, County of Los Angeles, and the defendant was sentenced to three years imprisonment (Case No.

VA071192);

and thereafter on or about October 10, 2007, the defendant was found within the State and Eastern District of California, with neither the United States Attorney General or the Secretary of the Department of Homeland Security having expressly consented to a reapplication by the defendant for admission into the United States, in violation of Title 8, United States Code, Section 1326(a) and (b)(2).

A TRUE BILL.

/s/ Signature on file w/AUSA

FOREPERSON

McGREGOR W. SCOTT
United States Attorney

By: Sheila K. Oberto
MARK E. CULLERS
Assistant U.S. Attorney
Chief, Fresno Office