# UNITED STATES DISTRICT COURT

Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

08 JUN 23 PM 2:47

W. Samuel Hamrick, Jr.
Clerk of Court

June 17, 2008

Clerk, U.S. District Court
Eastern District of California
2500 Tulare Street
Fresno, CA 93721

Re: 08mj8497, USA v. Villaloboas-Godoy

Dear Clerk of the Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant:

| | |
|---|---|
| ✓ Docket Sheet | ✓ Warrant of Removal |
| ✓ Complaint | ___ Order of Removal |
| ___ Minute Order Appointing Counsel | ___ Detention Order |
| ___ Corporate Surety Bond | ✓ Waiver of Removal |
| ___ Personal Surety Bond | |
| ___ Other ______________ | |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court J. PARIS

By: ______________________
, Deputy Clerk

RECEIVED
CLERK, U.S. DIST. EASTERN DISTRICT
BY ________